RECEIVED

AUG 18 2011

TONY R. MOORE, CLERK
BY_____
    DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

## SHREVEPORT DIVISION

| | |
|---|---|
| **RICHARD LEE KINCAID** | **CIVIL ACTION NO. 08-1187-P** |
| **VERSUS** | **JUDGE STAGG** |
| **BOSSIER PARISH POLICE JURY, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 17th day of August, 2011.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE